| | | | |
|---|---|---|---|
| Com. v. Bell........ | 07/07/2016189, 190 MAL (2016) | Denied | Pa.Super., 141 A.3d 589 |
| Com. v. Benito ..... | 06/28/2016145 MAL (2016) | Denied | Pa.Super., 133 A.3d 333 |
| Com. v. Bisazza .... | 06/23/2016148 MAL (2016) | Denied | Pa.Super., 141 A.3d 596 |
| Com. v. Brown ..... | 06/08/201640 EAL (2016) | Denied | Pa.Super., 136 A.3d 1031 |
| Com. v. Brown ..... | 06/22/201680 WAL (2016) | Denied | Pa.Super., 141 A.3d 600 |
| Com. v. Burgess .... | 06/13/201673 WAL (2016) | Denied | Pa.Super., 136 A.3d 1036 |
| Com. v. Buxton .... | 06/13/201684 WAL (2016) | Denied | Pa.Super., 141 A.3d 583 |
| Com. v. Caldwell ... | 07/06/201671 EAL (2016) | Denied | Pa.Super., 134 A.3d 96 |
| Com. v. Carpenter .. | 07/07/2016130 EAL (2016) | Denied | Pa.Super., 144 A.3d 186 |
| Com. v. Cash [2] ..... | 06/29/2016123 MAL (2016) | Denied | Pa.Super., 135 A.3d 667 |
| Com. v. Coaston.... | 07/06/20169 WAL (2016) | Denied | Pa.Super., 135 A.3d 658 |
| Com. v. Cosby...... | 06/20/2016326 MAL (2016) | Denied | No. 488 EDA 2016 |
| Com. v. Deiuliis .... | 06/30/2016102, 103 WAL (2016) | Denied | Pa.Super., 135 A.3d 653 |
| Com. v. Dominick [3] | 06/29/201696 MAL (2016) | Denied | Pa.Super., 136 A.3d 1025 |
| Com. v. Flint [4]...... | 06/16/201669 MAL (2016) | Denied | Pa.Super., 135 A.3d 664 |

**2.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**3.** Justice WECHT notes his dissent.

**4.** Justice DONOHUE did not participate in the consideration or decision of this matter.